**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Joanne Miata-Kundel, et al.,

Plaintiff(s),

v.

The Vons Companies, Inc., et al.,

Defendant(s).

Case No. 2:26-cv-02914-NJK

**Notice**

This case is currently proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 3-4. The parties filed a discovery plan indicating that they "decline to participate in alternative dispute resolution at this time." Docket No. 12 at 4. It is not clear if this statement was a residual in counsel's form discovery plan or if the parties are intending to opt-out proceeding before a magistrate judge. The parties are advised to submit in timely fashion the approved form (Docket No. 4) if they seek to opt-out of magistrate judge consent.

IT IS SO ORDERED.

Dated: October 16, 2026

Nancy J. Koppe
United States Magistrate Judge